```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FELIPE FERNANDEZ, *on behalf of himself and all*                       :
*others similarly situated*,                                           :
                                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :    25 Civ. 3755 (JPC)
             -v-                                                       :
                                                                       :    ORDER
                                                                       :
HATASHITA ENTERPRISES, LLC,                                            :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 13, 2025, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore June 3, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until June 10, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by June 17, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint.

SO ORDERED.

Dated: June 4, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge